United States District Court
Southern District of Texas
ENTERED

JUN - 6 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-08-148 |
| Pedro Padilla-Quintana | § | |

# ORDER

BE IT REMEMBERED on this __6__ day of __June__, 20__08__, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **February 25, 2008**, wherein the defendant **Pedro Padilla-Quintana** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Pedro Padilla-Quintana** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Pedro Padilla-Quintana guilty of the offense of alien unlawfully attempting entry into the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C., § 1326(a) and (b)(1).**

SIGNED this the __6th__ day of __June__, 20__08__.

Hilda G. Tagle
United States District Judge

68/212